ERASTUS H. BENN, *Respondent, v.* THE FIRST NATIONAL BANK OF ELMIRA, *Appellant.*— Order reversed, with ten dollars costs and printing disbursements and motion denied. Mem. by LEARNED, P. J.

THE NEW YORK, ONTARIO AND WESTERN RAILWAY COMPANY, *Respondent, v.* IRA DAVENPORT, *as Comptroller, etc., Appellant, Impleaded, etc.*—Judgment reversed and demurrer sustained, with costs of appeal on demurrer with leave to amend in twenty days on payment of costs on authority of *Clarke* v. *Davenport.*

D. FRANKLIN BALCH and MARIAN BALCH, *Appellants, v.* LEANDER DAVIS, *Respondent.*— Judgment affirmed, with costs. Mem. by LEARNED, P. J.

AMORY H. HOBART, *as Assignee, etc., Appellant, v.* ABNER HOBART, *Respondent.*— Judgment of County Court reversed and that of justice affirmed, with costs. Opinion by BOOKES, J.

CALVIN H. BELL, *Appellant, v.* JOHN B. GLEASON, *as Assignee, etc., Respondent.*—Judgment affirmed, with costs.

PERRY D. GROSS, *Respondent, v.* JOHN W. JONES, *Appellant.*— Judgment affirmed, with costs.

IN THE MATTER OF THE ACCOUNTS OF MARTIN H. YATES, *Executor, etc.*—Decree of surrogate affirmed, with costs against appellant.

THE PEOPLE OF THE STATE OF NEW YORK *ex rel.* JOHN M. CRAPO, *Respondent, v.* THE RECORDER OF THE CITY OF ALBANY and others, *Appellants.*— Order of Special Term reversed, and that of recorder affirmed, with ten dollars costs and printing disbursements. Opinion by BOARDMAN, J.

HENRY MOYER, *Administrator, etc., Respondent, v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, *Appellant.*—Judgment and order affirmed, with costs. Opinion by BOARDMAN, J.

JAMES A. MORRIS and WILLIAM SMITH, *Respondents, v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, *Appellant.*— Judgment affirmed, with costs. Opinion by BOOKES, J.

MELNDA SMITH, *as Administratrix, etc., Respondent, v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, *Appellant.*—Judgment reversed, new trial granted, costs to abide event. Opinion by LEARNED, P. J.

ANN COLRICK, *as Administratrix, etc., Respondent, v.* SARAH A. SWINBURNE and another, *as Administrators, Appellants.* — Judgment affirmed, with costs. Opinion by BOARDMAN, J.

JEREMIAH EIGHMIE, *Respondent, v.* EDGAR B. TAYLOR, *Administrator, etc., Appellant.* — Judgment affirmed, with costs. Opinion by BOARDMAN, J., and by BOOKES, J., dissenting.

ALIDA F. FLINT, *Appellant, v.* CALVIN H. BELL and JAMES E. BELLER, *Respondents.* — Judgment affirmed, with costs. Opinion by LEARNED, P. J.